# CITY OF LACON
## LACON, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2024 0035835  **DATE ISSUED:** 5/1/2024

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | BERNARD ALBERT DERUBEIS JR |
| SEX | MALE |
| DATE OF DEATH | APRIL 28, 2024 |
| COUNTY OF DEATH | MARSHALL |
| AGE AT LAST BIRTHDAY | 81 YEARS |
| DATE OF BIRTH | [redacted] 1942 |
| CITY OR TOWN | TOLUCA |
| HOSPITAL OR OTHER INSTITUTION NAME | 2574 ST RT 17 |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | STREATOR, IL |
| SOCIAL SECURITY NUMBER | [redacted]1152 |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | REBECCA STIEBER |
| EVER IN U.S. ARMED FORCES? | YES |
| RESIDENCE | 2574 ST RT 17 |
| APT. NO. | |
| CITY OR TOWN | TOLUCA |
| INSIDE CITY LIMITS? | NO |
| COUNTY | MARSHALL |
| STATE | IL |
| ZIP CODE | 61369 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | BERNADINO DERUBEIS |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | VERA LIEDER |
| INFORMANT'S NAME | REBECCA DERUBEIS |
| RELATIONSHIP | WIFE |
| MAILING ADDRESS | 2574 ST RT 17, TOLUCA, IL, 61369 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | ST ANN'S CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | TOLUCA, IL |
| DATE OF DISPOSITION | MAY 04, 2024 |
| FUNERAL HOME | CALVERT - JOHNSON & FROELICH MEMORIAL HOME, 209 NORTH GRANT STREET, EL PASO, IL, 61738 |
| FUNERAL DIRECTOR'S NAME | MICHAEL D STRAUCH |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034014294 |
| LOCAL REGISTRAR'S NAME | CONNIE ANDERLE |
| DATE FILED WITH LOCAL REGISTRAR | MAY 1, 2024 |

**CAUSE OF DEATH**

PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. HYPOXIC RESPIRATORY FAILURE — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: UNKNOWN UNKNOWN
b. MULTIPLE MELANOMA — UNKNOWN UNKNOWN
c.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | NO |
| DATE LAST SEEN ALIVE | UNKNOWN |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |
| DATE PRONOUNCED | |
| TIME OF DEATH | 07:05 AM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | APRIL 29, 2024 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | STUART HICKERSON, 1701 E COLLEGE AVE, BLOOMINGTON, ILLINOIS, 61701 |
| PHYSICIAN'S LICENSE NUMBER | 036083126 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Connie Anderle*
Lacon City Clerk
Marshall County Registrar

16-464 IOS