IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:22-cv-01754<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
BERNARD DERUBEIS

Civil Case No. 1:22-cv-01754

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Bernard DeRubeis and files this motion to substitute his surviving spouse, Rebecca DeRubeis, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Bernard DeRubeis filed the present action in the United States District Court of the Southern District of Indiana on September 06, 2022.

2. Plaintiff Bernard DeRubeis died on or about April 28, 2024.

3. On August 20, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 25925. Plaintiff's counsel recently learned of the death of Mr. DeRubeis after contacting his spouse.

4. Rebecca DeRubeis, surviving spouse of Bernard DeRubeis, is the proper party plaintiff to substitute for Plaintiff-decedent Bernard DeRubeis and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a

party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Rebecca DeRubeis, as the personal representative of the Estate of Bernard DeRubeis, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Rebecca DeRubeis, as personal representatives of the Estate of Bernard DeRubeis, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Bernard DeRubeis is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Rebecca DeRubeis as the personal representative of the Estate of Bernard DeRubeis, deceased, as Party Plaintiff for Bernard DeRubeis; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-03190 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: August 20, 2024

                                        Johnson Law Group

                                        /s/Basil Adham_____
                                        Basil E. Adham, TX Bar No. 2408172
                                        2925 Richmond Avenue, Suite 1700
                                        Houston, TX 77098
                                        Telephone: (713) 626-9336
                                        Fax: (713) 583-9460
                                        Email: IVC@johnsonlawgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                              /s/Basil Adham_____