IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

REBECCA DERUBEIS, as personal representative for the ESTATE OF BERDARD DERUBEIS, deceased.

Civil Case # 1:22-cv-01754

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Bernard DeRubeis

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Rebecca DeRubeis, as personal representative for the Estate of Bernard DeRubeis, deceased.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   IL

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   IL

6. Plaintiff's/Deceased Party's current state of residence:
   IL

7. District Court and Division in which venue would be proper absent direct filing:
   Illinois Central District Court - Peoria, IL

8. Defendants (Check Defendants against whom Complaint is made):

   ✔ Cook Incorporated

   ✔ Cook Medical LLC

   ✔ William Cook Europe ApS

9. Basis of Jurisdiction:

   ✔ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   
   Venue: Paragraph 27
   
   Subject Matter Jurisdiction: Paragraph 23
   
   Personal Jurisdiction: Paragraphs 24 and 26

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    [✔] Günther Tulip® Vena Cava Filter

    [ ] Cook Celect® Vena Cava Filter

    [ ] Gunther Tulip Mreye

    [ ] Cook Celect Platinum

    [ ] Other: _____

11. Date of Implantation as to each product:

    03/21/2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Unity Point Health Methodist - Peoria, IL

13. Implanting Physician(s):

    Dr. Kenneth Moresco

14. Counts in the Master Complaint brought by Plaintiff(s):

    [✔] Count I:     Strict Products Liability – Failure to Warn

    [✔] Count II:    Strict Products Liability – Design Defect

    [✔] Count III:   Negligence

    [✔] Count IV:    Negligence Per Se

|   |              |                                                     |
|---|--------------|-----------------------------------------------------|
| ✔ | Count V:     | Breach of Express Warranty                          |
| ✔ | Count VI:    | Breach of Implied Warranty                          |
| ✔ | Count VII:   | Violations of Applicable __IL__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII:  | Loss of Consortium                                  |
| ☐ | Count IX:    | Wrongful Death                                      |
| ✔ | Count X:     | Survival                                            |
| ☐ | Count XI:    | Punitive Damages                                    |
| ✔ | Other:       | __see below__ (please state the facts supporting this Count in the space, immediately below) |
| ✔ | Other:       | __see below__ (please state the facts supporting this Count in the space, immediately below) |

Plaintiff incorporates all claims and facts alleged in Dkt. 18900

Defendants Expressly and Impliedly warranted that the Cook IVC Filter was a permanent lifetime implant

and downplayed the risks associated with migration, perforation, tilt, fracture, and other risk relied upon by

the Plaintiff to his detriment.

15. Attorney for Plaintiff(s):

   Basil E. Adham and Jessica Glitz, Johnson Law Group.

16. Address and bar information for Attorney for Plaintiff(s):

| Basil E. Adham (TX Bar No. 24081742) Jessica Glitz (TX Bar No. 24076095) |
|---|
| Johnson Law Group, 2925 Richmond Ave., Suite 1700 |
| Houston, Texas 77098 |

Respectfully submitted,

/s/ Basil E. Adham

Basil E. Adham
TX Bar No 24081742
Jessica Glitz
TX Bar No. 24076095
Johnson Law Group
2925 Richmond Ave.,
Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394